# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| ALFORD M. HALL, | * | |
| Plaintiff, | * | |
| vs. | * | CV 511-115 |
| GEORGIA DEPARTMENT OF HUMAN SERVICES; CLYDE L REESE, III, Commissioner; and SATILLA COMMUNITY SERVICES CSB, | * | |
| Defendants. | * | |

## ORDER

Presently before the Court is a Motion to Dismiss for Failure to Prosecute filed by Defendants Georgia Department of Human Services and Clyde L. Reese, III. See Dkt. No. 11. For the reasons stated below, the Motion is **GRANTED**.

## DISCUSSION

On December 2, 2011, Plaintiff Hall filed this suit. See Dkt. No. 1. His Complaint was unsigned, and on December 9, 2011 the Clerk issued a deficiency notice to Plaintiff requesting he take corrective action. See Dkt. No. 6. Plaintiff failed to do so and has never remedied this deficiency.

On July 11, 2012, the Magistrate Judge ordered that the parties file a Rule 26(f) Report with the Court within ten days. See Dkt. No. 10. Defendants' counsel's efforts to contact Plaintiff were unsuccessful and no Rule 26(f) Report has been filed. See Dkt. No. 11. In the year and three months this action has been pending, Plaintiff has not made a single filing apart from his Complaint. Importantly, Plaintiff has lodged no opposition to the Motion to Dismiss.

On the basis of these facts, Defendants have moved for dismissal based on lack of prosecution. Federal Rule of Civil Procedure 41 allows a defendant to make a motion to dismiss "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order." Under Local Rule 41.1, this Court may dismiss an action with or without prejudice for "[w]illful disobedience or neglect of any order of the Court" or for "failure to prosecute a civil action with reasonable promptness." "The court's power to dismiss is an inherent aspect of its authority to enforce its orders and insure prompt disposition of lawsuits." Goforth v. Owens, 766 F.2d 1533 (11th Cir. 1985). In light of Plaintiff's abandonment of the present suit and failure to comply with two of this Court's directives, dismissal without prejudice is appropriate.

AO 72A
(Rev. 8/82)

## CONCLUSION

For the foregoing reasons, Defendants' Motion to Dismiss for Failure to Prosecute, Dkt. No. 11, is **GRANTED**.

**SO ORDERED**, this 12th day of March, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)